**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES | CRIM. NO. 10-0230 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JECARLOS CARTER, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before this Court is a Motion to Limit Distribution of Information Provided Regarding Cooperating Witnesses (Record Document 137) filed by the Government. The motion is unopposed.

"[T]he Government respectfully requests that defense counsel be ordered to instruct their clients not to distribute copies of information provided by the government regarding cooperating witnesses to third parties." [Record Document 137 at 2]. The Government first raised the issue of witness intimidation at the pre-trial conference. The Court instructed the Government to file a motion to give the Defendants an opportunity to respond. None have responded despite an extension of time to respond. [Record Document 145].

The Court finds the Government's request wholly reasonable in light of the representations made to the Court.

For the foregoing reasons,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Government's Motion to Limit Distribution of Information Provided Regarding Cooperating Witnesses (Record Document 137) be and is hereby **GRANTED**. Defense counsel is **ORDERED** to instruct their clients not to distribute copies of information provided by the Government regarding cooperating witnesses to third parties.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 6th day of May, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE